CO-386-online
10/03

# United States District Court
# For the District of Columbia

INTELSAT USA SALES CORPORATION )
)
)
)
)
                    Plaintiff )    Civil Action No._____
VS                             )
WEST COAST FACILITIES INC. (formerly known as )
PENTHOUSE MEDIA GROUP (CA) INC.) )
)
)
                    Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Plaintiff_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __INTELSAT USA SALES CORPORATION__ which have any outstanding securities in the hands of the public:

Intelsat, Ltd., Intelsat (Bermuda), Ltd., Intelsat Intermediate Holding Company., Ltd.; INtelsat Subsidiary Holding Company, LTd.; and Intelsat Corporation

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

__422596_____
BAR IDENTIFICATION NO.

DAVID I. BLEDSOE
Print Name

300 N. Washington St., Suite 708
Address

ALEXANDRIA VA 22314
City    State    Zip Code

703-379-9424
Phone Number