# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INTELSAT USA SALES CORPORATION, <br> 3400 International Drive <br> Washington, D.C. 20008 <br><br> Plaintiff. <br><br> v. <br><br> WEST COAST FACILITIES INC., <br> (Formerly Known As: <br> PENTHOUSE MEDIA GROUP (CA) INC.) <br> 6800 Broken Sound Parkway NW <br> Suite 100 <br> Boca Raton, FL 33487 <br><br> Defendant. | Civil Action No. 07-1443 (RMC) |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT

Defendant West Coast Facilities Inc. ("Defendant") hereby moves for an extension of time to file its response to the Complaint in the above captioned matter. Defendant was served with the Complaint on August 17, 2007 and presently is required to file its response on September 6, 2007. Defendant requests a 15 day extension, until September 21, 2007, to file its response.

Counsel for the Defendant was retained this week and requests additional time to investigate and respond to Plaintiff's allegations, especially considering the amount of damages Plaintiff is seeking. Defendant has not requested nor obtained any similar extensions in connection with this matter.

Counsel for the Defendant conferred with counsel for the Plaintiff and Plaintiff's counsel stated that Plaintiff opposes this motion.

Dated: August 31, 2007					Respectfully submitted,

							/s/ Brendan J. McMurrer
							_____

							Brendan J. McMurrer (DC Bar # 493424)
							SIDLEY AUSTIN LLP
							1501 K Street, N.W.
							Washington, DC  20005
							Phone:  (202) 736-8000
							Fax:      (202) 736-8711
							Email:   bmcmurrer@sidley.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT USA SALES CORPORATION, )<br>3400 International Drive )<br>Washington, D.C. 20008 )<br>     )<br>     Plaintiff. )<br>     )<br>v.     ) Civil Action No. 07-1443 (RMC)<br>     )<br>WEST COAST FACILITIES INC., )<br>(Formerly Known As: )<br>PENTHOUSE MEDIA GROUP (CA) INC.) )<br>6800 Broken Sound Parkway NW )<br>Suite 100 )<br>Boca Raton, FL 33487 )<br>     )<br>     Defendant. )<br>     ) | |

**[PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

For good cause shown, the time in which Defendant West Coast Facilities Inc. has to respond to Plaintiff's Complaint is extended to September 21, 2007.

SO ORDERED, this _____ day of _____, 2007.

_____
The Honorable Rosemary M. Collyer

The following attorneys shall be notified of this Order:

David I. Bledsoe
300 North Washington Street
Suite 708
Alexandria, VA 22314
(703) 379-9424
bledsoelaw@earthlink.net

Brendan J. McMurrer
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
bmcmurrer@sidley.com