IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INTELSAT USA SALES CORPORATION, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) Civil Action No. 07-1443 (RMC) <br> ) <br> WEST COAST FACILITIES INC., ) <br> ) <br> Defendant ) |  |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Defendant West Coast Facilities Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of West Coast Facilities Inc. that have any outstanding securities in the hands of the public:

Penthouse Media Group Inc. is the parent company of West Coast Facilities Inc. Interactive Brand Development, Inc. owns more than 10% of the stock of Penthouse Media Group Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: September 21, 2007

Respectfully submitted,

/s/ Brendan J. McMurrer

Brendan J. McMurrer (DC Bar # 493424)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC 20005
Phone: (202) 736-8000
Fax:   (202) 736-8711
Email: bmcmurrer@sidley.com