**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| INTELSAT USA SALES CORPORATION, ) <br>       ) <br>   Plaintiff, ) <br>       ) <br>   v.   ) <br>       ) <br> WEST COAST FACILITIES INC.,   ) <br>       ) <br>   Defendant. ) <br>       ) | Civil Action No. 07-1443 (RMC) |

**JOINT REPORT PURSUANT TO LCvR 16.3**

Pursuant to LCvR 16.3, Intelsat USA Sales Corporation and West Coast Facilities Inc. (together, "Parties") hereby report to the Court that counsel for the Parties conferred by telephone on October 1, 2007. The Parties, by and through their undersigned counsel, hereby report to the Court as follows:

**(1)   Dispositive motions.**

At this point, counsel for Plaintiff believes that this matter is appropriate for resolution by summary judgment, counsel for Defendant does not believe that this entire case can be resolved by dispositive motion. There are no pending motions. The Parties do not believe that discovery should be stayed for dispositive motions.

**(2)   (a)   Deadline for joining additional parties or amending pleadings.**

The Parties do not anticipate joining additional parties or amending their pleadings, but suggest that they be allowed to do so within six months of the Initial Scheduling Conference, if necessary.

**(2)    (b)    Agreement as to factual and legal issues.**

At this point, the Parties suggest the issues can be narrowed down to: (1) whether the contract was void or voidable; (2) whether Defendant anticipatorily repudiated or breached the contract; (3) whether Plaintiff sustained any damages and, if so, what damages apply.

**(3)    Assignment to magistrate judge.**

The Parties do not agree to have this case referred to a magistrate judge for all purposes.

**(4)    Prospects of settlement.**

The Parties suggest waiting until the end of discovery before exploring settlement further.

**(5)    Alternative Dispute Resolution.**

The Parties may request that this case be referred to a magistrate judge for settlement discussions at a later time.

**(6)    Resolution by summary judgment.**

At this point, counsel for Plaintiff believes that this matter is appropriate for resolution by summary judgment, counsel for Defendant does not believe that this entire case can be resolved by summary judgment. The Parties agree that any motions for summary judgment will be filed within 30 days after the close of fact discovery; that oppositions be filed 30 days thereafter; and that any replies be filed 20 days after the filing of oppositions.

**(7)    Initial disclosures.**

The Parties agree that initial disclosures should be exchanged as required by Fed. R. Civ. P. 26(a)(1) within 14 days of the 26(f) conference.

**(8)    Anticipated extent of discovery; how long discovery should take; what limits should be placed on discovery; whether a protective order is appropriate; date for completion of all discovery.**

The Parties request six months to complete discovery.  The Parties agree that discovery should be limited as prescribed in the Federal Rules of Civil Procedure.  The Parties aver that a protective order will be necessary due to the sensitive nature of documents likely to be sought in discovery.

**(9)    Expert reports.**

The Parties do not believe that the requirements of Fed. R. Civ. P. 26(a)(2) should be modified.  The Parties agree that expert disclosures will be due within 90 days after the close of fact discovery.

**(10)   Class action procedures.**

Not applicable.

**(11)   Bifurcation of trial and/or discovery.**

The Parties agree that neither discovery nor trial should be bifurcated.

**(12)   Date for pretrial conference.**

The Parties request that the Court set a pretrial conference date for September 15, 2008.

**(13)   Trial date.**

The Parties request that the Court set a trial date at the pretrial conference.

**(14)   Other matters.**

None.

Respectfully submitted,

/s/ David I. Bledsoe                                             /s/ Brendan J. McMurrer

David I. Bledsoe (DC Bar # 422596)          Brendan J. McMurrer (DC Bar # 493424)
300 North Washington Street                      SIDLEY AUSTIN LLP
Suite 708                                                          1501 K Street, N.W.
Alexandria, Virginia 22314                          Washington, D.C. 20005
Phone: (703) 379-9424                                Phone: (202) 736-8000
Fax:     (703) 684-1851                               Fax:     (202) 736-8711
Email:  bledsoelaw@earthlink.net               Email:  bmcmurrer@sidley.com

*Attorney for Plaintiff Intelsat USA Sales*        *Attorney for Defendant West Coast*
*Corporation*                                                        *Facilities Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTELSAT USA SALES CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1443 (RMC) |
| ) | |
| WEST COAST FACILITIES INC., ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] SCHEDULING ORDER**

UPON CONSIDERATION of the parties Joint Report Pursuant to LCvR 16.3, it is hereby this _____ day of _____, 2007 ORDERED:

(1) The parties shall exchange initial disclosures as required by Fed. R. Civ. P. 26(a)(1) on or before November 7, 2007;

(2) All motions for joinder of additional parties or amendment of pleadings shall be filed on or before April 24, 2008;

(3) The parties shall complete fact discovery on or before April 24, 2008;

(4) Any motions for summary judgment shall be filed on or before May 23, 2008; opposition briefs shall be filed on or before June 23, 2008; and any reply brief may be filed on or before July 14, 2008;

(5) Expert disclosures shall be exchanged on or before July 24, 2008;

(6) The pretrial conference will be held September 15, 2008.

                                                              ROSEMARY M. COLLYER
                                                              United States District Judge

The following attorneys shall be notified of this Order:

David I. Bledsoe
300 North Washington Street
Suite 708
Alexandria, VA 22314
Phone:  (703) 379-9424
Fax:    (703) 684-1851
Email:  bledsoelaw@earthlink.net

Brendan J. McMurrer
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Phone:  (202) 736-8000
Fax:    (202) 736-8711
Email:  bmcmurrer@sidley.com