# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT USA SALES CORPORATION, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-1443 (RMC) |
| WEST COAST FACILITIES INC., ) | |
| Defendant. ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 83.2(d) of the local rules for the United States District Court for the District of Columbia, I, Brendan J. McMurrer, move to admit Ira P. Rothken *pro hac vice* to the bar of this Court for the purpose of representing West Coast Facilities Inc. in the above matter. In support of this motion, attached is a declaration of Ira P. Rothken as required by Rule 83.2(d).

I respectfully request that this motion be granted and that Ira P. Rothken be admitted *pro hac vice* to the bar of this Court and be allowed to appear in the above matter.

Dated: March 31, 2008

Respectfully submitted,

/s/ Brendan J. McMurrer

Brendan J. McMurrer (DC Bar # 493424)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC  20005
Phone:  (202) 736-8000
Fax:     (202) 736-8711
Email:  bmcmurrer@sidley.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| INTELSAT USA SALES CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>WEST COAST FACILITIES INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-1443 (RMC)<br>)<br>)<br>)<br>)<br>) |

### **DECLARATION OF IRA P. ROTHKEN**

(1) My full name is Ira P. Rothken

(2) My business address and telephone number are:

    Ira P. Rothken
    ROTHKEN LAW FIRM LLP
    3 Hamilton Landing, Suite 280
    Novato, CA  94949
    Tel: 415-924-4250
    Fax: 415-924-2905
    Email: ira@techfirm.com

(3) I have been admitted to the following bars:

    U.S. Court of Appeals, 9th Circuit, 1993
    U.S. District Court, N.D. of California, 1992
    U.S. District Court, C.D. of California, 1996
    U.S. District Court, E.D. of California, 2001
    California, 1992

(4) I have not been disciplined by any bar.

(5) I have not been admitted *pro hac vice* in this Court within the last two years.

(6) I do not engage in the practice of law from an office located in the District of Columbia.

2

I attest under penalty of perjury to the truth and accuracy of the foregoing facts.

Dated:  March 28, 2008								Respectfully submitted,

/s/ Ira P. Rothken
_____

Ira P. Rothken
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Ste. 280
Novato CA 94949
Tel: 415-924-4250
Fax: 415-924-2905
Email: ira@techfirm.com