IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INTELSAT USA SALES CORPORATION, )<br>)<br>Plaintiff. )<br>)<br>v. )<br>)<br>WEST COAST FACILITIES INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1443 (RMC) |

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY
AND REQUEST FOR REFERRAL TO MAGISTRATE JUDGE**

Plaintiff Intelsat USA Sales Corporation and Defendant West Coast Facilities Inc. (collectively, the "Parties") hereby jointly move for an extension of time to complete discovery in the above captioned matter. The Parties presently are required to complete discovery by July 7, 2008 and a status conference is scheduled for July 17, 2008. The Parties request that the close of discovery be extended until August 15, 2008 and ask that the status conference be rescheduled to a date thereafter as the Court's schedule permits. The Parties additionally request that the deadline for expert designations and reports be extended from September 8, 2008 until October 10, 2008. Further, the Parties request that the Court refer this matter to a Magistrate Judge for the limited purpose of resolving any discovery disputes that may arise.

Counsel for the Parties have conferred and agree that an extension for the close of discovery is necessary to properly complete discovery and prepare for trial. There

remain a number of issues regarding the scope of discovery and the timing of depositions, which issues the parties continue to attempt to resolve. The Parties seek additional time to attempt to resolve their disputes, schedule and complete depositions, and allow for the production of additional documents. An extension of time also is necessary because the depositions likely will occur on both the East and West Coasts and thus significant travel is expected. The Parties further intend to use an extension of time to schedule settlement discussions in conjunction with the depositions. Accordingly, the Parties submit that good cause exists to extend the close of discovery until August 15, 2008.

Additionally, notwithstanding Counsels' good faith efforts, the Parties anticipate that they may not be able to resolve all of their discovery issues and will require resolution by the Court in the next several weeks. The Parties thus request that this matter be referred to a Magistrate Judge for the limited purpose of resolving any discovery disputes.

Respectfully submitted,

/s/ David I. Bledsoe | /s/ Brendan J. McMurrer

David I. Bledsoe (DC Bar # 422596)  
300 North Washington Street  
Suite 708  
Alexandria, Virginia 22314  
Phone: (703) 379-9424  
Fax:   (703) 684-1851  
Email: bledsoelaw@earthlink.net

Brendan J. McMurrer (DC Bar # 493424)  
SIDLEY AUSTIN LLP  
1501 K Street, N.W.  
Washington, D.C. 20005  
Phone: (202) 736-8000  
Fax:   (202) 736-8711  
Email: bmcmurrer@sidley.com

Ira P. Rothken (admitted *pro hac vice*)  
ROTHKEN LAW FIRM LLP  
3 Hamilton Landing, Suite 280  
Novato, CA 94949  
Phone: (415) 924-4250  
Fax:   (415) 924-2905  
Email: ira@techfirm.com

*Attorney for Plaintiff Intelsat USA Sales Corporation*

*Attorneys for Defendant West Coast Facilities Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTELSAT USA SALES CORPORATION, ) | |
| Plaintiff. ) | |
| v. ) | Civil Action No. 07-1443 (RMC) |
| WEST COAST FACILITIES INC., ) | |
| Defendant. ) | |

**[PROPOSED] ORDER TO EXTEND TIME FOR COMPLETION OF DISCOVERY**

For good cause shown, the time in which the Parties are required to complete discovery is extended to August 15, 2008. The Status Conference set for July 17, 2008 is hereby vacated. The Parties' designations and reports of expert witnesses shall be filed no later than October 10, 2008.

SO ORDERED, this _____ day of _____, 2008.

_____
The Honorable Rosemary M. Collyer

The following attorneys shall be notified of this Order:

David I. Bledsoe
300 North Washington Street
Suite 708
Alexandria, VA 22314
(703) 379-9424
bledsoelaw@earthlink.net

Brendan J. McMurrer
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
bmcmurrer@sidley.com

Ira P. Rothken
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA  94949
(415) 924-4250
ira@techfirm.com