# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| INTELSAT USA SALES CORPORATION, ) | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 07-1443 (RMC) |
| WEST COAST FACILITIES INC., | ) |
| Defendant | ) |

## AMENDED CERTIFICATE REQUIRED BY LCvR 7.1

The parent company of West Coast Facilities Inc., Penthouse Media Group Inc., has changed its name to FriendFinder Networks Inc.  Interactive Brand Development, Inc. owns more than 10% of the stock of FriendFinder Networks Inc.

Dated:  July 18, 2008

Respectfully submitted,

/s/ Brendan J. McMurrer

Brendan J. McMurrer (DC Bar # 493424)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, DC  20005
Phone:  (202) 736-8000
Fax:     (202) 736-8711
Email:   bmcmurrer@sidley.com

Ira P. Rothken (admitted *pro hac vice*)
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA  94949
Phone:  (415) 924-4250
Fax:     (415) 924-2905
Email:   ira@techfirm.com