REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: TYPE-M

| CAUSE OF ACTION: | 28:1332 Diversity-Contract Dispute | | | |
|---|---|---|---|---|
| CASE NO:<br>07-1443 | DATE REFERRED:<br>7/03/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Discovery | JUDGE:<br>Rosemary M. Collyer | MAG. JUDGE<br>Deborah Robinson |

| PLAINTIFF(S) :<br>INTELSAT USA SALES CORPORATION | DEFENDANT(S):<br>WEST COAST FACILITIES INC. |
|---|---|

ENTRIES:

This case is referred through August 15, 2008 for the limited purpose of resolving any discovery disputes that may arise prior to completion of discovery.+