**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTELSAT USA SALES CORPORATION, )<br>)<br>Plaintiff, )<br>) Civil Action No. 07-1443 (RMC)<br>v. )<br>) **Hon. Deborah A. Robinson**<br>WEST COAST FACILITIES INC., )<br>)<br>Defendant. )<br>) | |

*EX PARTE* **APPLICATION BY DEFENDANT WEST COAST FACILITIES, INC. FOR ORDER SHORTENING TIME FOR NOTICE AND HEARING ON DISCOVERY MOTIONS OR EXTENSION OF DISCOVERY DEADLINE**
**REQUEST FOR TELEPHONIC APPEARANCE**

Defendant West Coast Facilities, Inc. ("Defendant") hereby applies for an Order Shortening Time for the following motions, filed concurrently herewith:

1. **MOTION TO COMPEL DEPOSITION TESTIMONY PER NOTICE OF DEPOSITION TO INTELSAT USA SALES CORPORATION ISSUED BY WEST COAST FACILITIES INC. PURSUANT TO F.R.Civ.P. Sec. 30(b)(6).**

2. **MOTION TO COMPEL RESPONSES BY INTELSAT USA SALES CORPORATION TO THE REQUESTS FOR PRODUCTION OF DOCUMENTS PROPOUNDED BY WEST COAST FACILITIES INC.**

3. **NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER AGAINST NOTICE OF DEPOSITION TO WEST COAST FACILITIES, INC. ISSUED BY PLAINTIFF INTELSAT USA SALES CORPORATION PURSUANT TO F.R.Civ.P. Sec. 30(b)(6).**

Defendant requests that these motions be hearing by this Court on or before

August 8, 2008 due to the discovery cut-off in this case of August 15, 2008. Alternatively, Defendant requests that the Court extend the discovery cut-off deadline to September 15, 2008. The Certificate of Ira P. Rothken, filed herewith demonstrates that the hearing of this motion on shortened time is necessary because while the parties' counsel have sought to work together to resolve their differences regarding discovery, they have been unable to resolve their discovery disputes subject to Defendant's motions and the discovery deadline is currently August 15, 2008, which is insufficient time to schedule the motions on regular notice and to provide adequate time for production.

Dated: August 1, 2008                    ROTHKEN LAW FIRM LLP

                                         _____
                                         Ira P. Rothken, Esq.,
                                         Attorney for Defendant West Coast
                                         Facilities Inc.

                                         3 Hamilton Landing, Suite 280
                                         Novato, CA  94949
                                         Telephone:  (415) 924-4250
                                         Facsimile:   (415) 924-2905

                                         Brendan J. McMurrer (DC Bar # 493424)
                                         SIDLEY AUSTIN LLP
                                         1501 K Street, N.W.
                                         Washington, D.C.  20005
                                         Phone:  (202) 736-8000
                                         Fax:      (202) 736-8711
                                         Email:   bmcmurrer@sidley.com

**CERTIFICATE OF IRA P. ROTHKEN IN SUPPORT OF *EX PARTE* APPLICATION BY DEFENDANT WEST COAST FACILITIES, INC. FOR ORDER SHORTENING TIME FOR NOTICE AND HEARING ON DISCOVERY MOTIONS**

I, Ira P. Rothken declare:

1.      I am an attorney duly licensed and admitted to appear *pro hac vice* in this proceeding on behalf of the defendant, West Coast Facilities Inc.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      This certificate is submitted in support of Defendant's *Ex Parte* Application for Order Shortening Time for Notice and Hearing on Discovery Motions.

3.      This action is for breach of contract and damages by the plaintiff, Intelsat USA Sales Corporation against the defendant, West Coast Facilities Inc., arising out of a certain services agreement for satellite services entered between the parties on or about December 28, 2005.  West Coast Facilities asserts several defenses to the breach of contract claim, including that the plaintiff did not perform its obligations under the subject agreement and that plaintiff suffered no damages from any alleged breach.

4.      A hearing before this Court on shortened time is necessary because the discovery cut-off is August 15, 2008.  The parties' counsel have sought to work together to resolve their differences regarding discovery, but they have been unable to resolve their discovery disputes subject to Defendant's motions.  The current discovery deadline is August 15, 2008, which is insufficient time to schedule the motions on regular notice and to provide adequate time for production prior to the discovery cut-off.

5.      I have previously spoken with counsel for Plaintiff, David Bledsoe, and advised him of my intention to move for shortened notice on the subject discovery motions.  While Plaintiff's counsel did not express any objection to the request for shortened notice, he did not express agree to the request.

6.	Attached is a proposed order granting the application.  On behalf of Defendant, I respectfully request the Court to set the following briefing and hearing schedule:  Motions – deemed admitted; Opposition to Motions due on August 6, 2008; Reply Briefs due on August 8, 2008; Hearing on August 8, 2008. Alternatively, I request that discovery be extended to permit the hearing of this matter and for the parties to obtain the discovery requested.

7.	The undersigned hereby certifies that the *Ex Parte* Application for Order Shortening Time is made in good faith and for good cause.

Dated: August 1, 2008                            ROTHKEN LAW FIRM LLP

                                                 _____
                                                 Ira P. Rothken, Esq.,

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 1, 2008, a copy of the foregoing document was served upon the following by electronic mail and eFiling:

>David I. Bledsoe, Esq.
>300 North Washington Street, Suite 708
>Alexandria, VA  22314
>Tel: (703) 379-9424
>Fax: (703) 684-1851
>bledsoelaw@earthlink.net

>*/s/ Jared R. Smith*
>_____
>Jared R. Smith (CA Bar # 130343)
>ROTHKEN LAW FIRM LLP
>3 Hamilton Landing, Suite 280
>Novato, CA  94949
>Telephone:    (415) 924-4250
>Facsimile:     (415) 924-2905

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTELSAT USA SALES CORPORATION, )<br>)<br>Plaintiff, )<br>) Civil Action No. 07-1443 (RMC)<br>v. )<br>)<br>WEST COAST FACILITIES INC., )<br>)<br>Defendant. )<br>) | |

**[PROPOSED] ORDER ON OF *EX PARTE* APPLICATION BY DEFENDANT WEST COAST FACILITIES, INC. FOR ORDER SHORTENING TIME FOR NOTICE AND HEARING ON DISCOVERY MOTIONS**

THIS COURT, having considered Defendant's *Ex Parte* Application For Order Shortening Time for Notice and Hearing on Discovery Motions, the papers in support of that motion, the hearing on the motion and having found good cause, hereby ORDERS:

1.   The Application For Order Shortening Time is GRANTED;

2.   The following is the briefing schedule and hearing for the defendant's discovery motions subject to the Application:

        Opposition Briefs Due: _____.

        Reply Briefs Due: _____.

        Hearing to be held on _____, at _____ a.m./p.m.

Dated: _____   By: _____
                                                       Honorable Deborah A. Robinson
                                                     Magistrate Judge, United States
                                                     District Court, District of Columbia

Submitted by

Dated: July 22, 2008    ROTHKEN LAW FIRM LLP

_____
Ira P. Rothken, Esq.,
Attorney for Defendant West Coast Facilities Inc.

3 Hamilton Landing, Suite 280
Novato, CA  94949
Telephone:    (415) 924-4250
Facsimile:     (415) 924-2905

Brendan J. McMurrer (DC Bar # 493424)
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
Phone:  (202) 736-8000
Fax:     (202) 736-8711
Email:   bmcmurrer@sidley.com

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 25, 2008, a copy of the foregoing document was served upon the following by electronic mail, facsimile and first-class mail:

    David I. Bledsoe, Esq.
    300 North Washington Street, Suite 708
    Alexandria, VA  22314
    Tel: (703) 379-9424
    Fax: (703) 684-1851
    bledsoelaw@earthlink.net

_____
Jared R. Smith (CA Bar # 130343)
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA  94949
Telephone:     (415) 924-4250
Facsimile:       (415) 924-2905