**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTELSAT USA SALES CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WEST COAST FACILITIES INC., )<br>)<br>Defendant. )<br>) | ) Civil Action No. 07-1443 (RMC)<br><br>**Hon. Deborah A. Robinson** |

**NOTICE OF WITHDRAWAL OF PORTION OF AMENDED MOTION TO COMPEL DEPOSITION OF INTELSAT USA SALES CORPORATION; DECLARATION OF IRA P. ROTHKEN**

Defendant West Coast Facilities, Inc. ("Defendant") hereby gives notice that, as described herein, Defendant withdraws without prejudice a portion of its Amended Motion to Compel Deposition of Intelsat USA Sales Corporation ("Plaintiff") requesting that Plaintiff be ordered to appear at deposition. In light of the extended discovery deadline set by the Court, and the resumption of the parties meeting and conferring on deposition dates, the urgent need for this portion of the motion to compel has been alleviated.

At the time the Amended Motion to Compel Deposition was filed, as set forth in the declaration of Ira P. Rothken below, the parties had discussed deposition dates, presentation of disputed discovery issues to the Court and possible extension of the discovery deadline, but had not come to a stipulation that preserved Defendant's rights. Accordingly, Defendant included in its motion to compel not only a request that Plaintiff be ordered to produce a witness as to certain categories to which Plaintiff objected, but also for a general order that Plaintiff show up to a deposition as to all categories noticed. The former portion of the motion as to specific categories remains at issue. The latter portion of the

motion as to showing up at all, may be removed from the issues the Court needs to address due to the Court's extension of discovery and renewed meet and confer efforts of counsel regarding scheduling.

Dated: August 13, 2008               ROTHKEN LAW FIRM LLP

                                     _____
                                     Ira P. Rothken, Esq.,
                                     Attorney for Defendant West Coast
                                     Facilities Inc.

                                     3 Hamilton Landing, Suite 280
                                     Novato, CA  94949
                                     Telephone:  (415) 924-4250
                                     Facsimile:   (415) 924-2905

                                     Brendan J. McMurrer (DC Bar # 493424)
                                     SIDLEY AUSTIN LLP
                                     1501 K Street, N.W.
                                     Washington, D.C.  20005
                                     Phone:  (202) 736-8000
                                     Fax:      (202) 736-8711
                                     Email:   bmcmurrer@sidley.com

# DECLARATION OF IRA P. ROTHKEN REGARDING WITHDRAWAL OF PORTION OF AMENDED MOTION TO COMPEL DEPOSITION OF INTELSAT USA SALES CORPORATION

I, Ira P. Rothken declare:

1. I am an attorney duly licensed and admitted to appear *pro hac vice* in this proceeding on behalf of the defendant, West Coast Facilities Inc. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. This declaration is submitted to advise the Court that in light of the Court's extension of the discovery deadline and further communications between counsel to schedule deposition dates, defendant wishes to withdraw, without prejudice, the portion of its Amended Motion to Compel Deposition which seeks to compel the appearance of Plaintiff's witnesses at deposition.

3. Defendant maintains the Amended Motion to Compel Deposition as to the categories for which Plaintiff has indicated it will not produce a witness as those matters are still in dispute.

4. The parties have conferred via email and Plaintiff has agreed to produce its witness for deposition on September 4, 2008 (or another agreeable date pending further discussions), for which reason it is appropriate to withdraw the portion of the motion to compel regarding appearance at deposition only while maintaining the motion as to the categories in dispute.

5. In mid-July, the parties discussed via email a deposition schedule in which Plaintiff initially offered that its deposition could go forward on July 30 or 31, 2008 in Washington, DC. The parties also discussed the presentation of disputed issues to the Court for determination to make such depositions most productive prior to either counsel traveling across country. A true and correct copy of an email thread reflecting that exchange is attached hereto as Exhibit A.

6. On July 20, 2008, Plaintiff's counsel indicated that he was apparently not available the last week of July due to personal reasons and Plaintiff's witness was

3

not available the first two weeks of August. I proposed that the parties work together in scheduling, including a stipulation to conduct depositions after the discovery cutoff. A true and correct copy of the email thread reflecting that exchange is attached hereto as Exhibit B

7. As of the filing of the Amended Motion to Compel Deposition on August 4, 2008, Plaintiff had not stipulated to discovery beyond the cut-off of August 15, 2008 nor were the parties able to agree on a deposition date prior to the cut-off. Accordingly, defendant was compelled to file its motions to protect its rights and seek an order either compelling the deposition of Intelsat to proceed prior to the close of discovery or allowing the deposition to proceed following the close of discovery.

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States on August 13, 2008.

Dated: August 13, 2008                ROTHKEN LAW FIRM LLP

                                      _____
                                      Ira P. Rothken, Esq.,

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 14, 2008, a copy of the foregoing document was served upon the following by electronic mail and eFiling:

>David I. Bledsoe, Esq.
>300 North Washington Street, Suite 708
>Alexandria, VA  22314
>Tel: (703) 379-9424
>Fax: (703) 684-1851
>bledsoelaw@earthlink.net

_____
Jared R. Smith (CA Bar # 130343)
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA  94949
Telephone:   (415) 924-4250
Facsimile:    (415) 924-2905

EXHIBIT A

## Smith, Jared

**From:** Ira P. Rothken [ira@techfirm.net]
**Sent:** Wednesday, July 16, 2008 3:20 PM
**To:** bledsoelaw@earthlink.net; BMcMurre@Sidley.com
**Cc:** Stephen.Chernow@intelsat.com; ira@techfirm.com; jared@techfirm.com
**Subject:** Re: Depositions

David,

Friday July 31st will work - where is the Intelsat witness located? If in the DC area then we will hold it at Sidley's DC office starting at 1 pm est.

July 24th will work in Mountain View, CA for both entities at Fenwick starting at 11 am pst.

Related to the above - don't you think it would be prudent for us to have the Judge weigh in on the objections ahead of time to have judicial efficiency and to avoid the risk of multiple trips?

Ira


----- Original Message -----
From: David Bledsoe <bledsoelaw@earthlink.net>
To: Ira P. Rothken; Brendan McMurrer <BMcMurre@Sidley.com>
Cc: Stephen Chernow <Stephen.Chernow@intelsat.com>
Sent: Mon Jul 14 11:36:12 2008
Subject: Depositions

Our deposition designee will be Kurt Riegleman, and he is available either Thursday July30 or Friday July 31.  I would like to take West Coast Facilities' deposition on the 24th and PMGI on the 25th.  Please let me know which deposition date works for you for Intelsat, and the address you suggest for the West Coast depositions.


David Bledsoe
bledsoelaw@earthlink.net
300 North Washington Street
Suite 700
Alexandria VA 22314
703.379.9424
703.684.1851 (fax)

NOTICE: This message (including any attachments) may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by reply email. Thank You.

EXHIBIT B

## Smith, Jared

**From:** Ira P. Rothken [ira@techfirm.net]
**Sent:** Sunday, July 20, 2008 1:33 PM
**To:** bledsoelaw@earthlink.net
**Cc:** BMcMurre@Sidley.com; jared@techfirm.com; ira@techfirm.com
**Subject:** Re: Intelsat WCF

David,

We of course will look into it - in any event to prove our mutual good faith let us just make a deal now that we each get to take the depositions we noticed, subject to the motions on scope (compel categories/protective order/quash), even if discovery closes if there are calendering or timing problems. We are all for civility especially given the distances across the country. Ok?

Ira


----- Original Message -----
From: David Bledsoe <bledsoelaw@earthlink.net>
To: Ira P. Rothken
Cc: Ira P. Rothken; McMurrer, Brendan J. <BMcMurre@Sidley.com>; jared@techfirm.com <jared@techfirm.com>
Sent: Sun Jul 20 12:48:34 2008
Subject: RE: Intelsat WCF

Ira, on Friday, I had indicated my general availability the last week of July for the Penthouse depositions. I realized this weekend that I have familial obligations that I didn't have calendared, which are going to make it very nearly impossible for me to go to California that week. In addition, I have learned that my witness is out of the country the week of August 4. I am trying to get additional dates from him for the succeeding week, and ask you to do the same for your client for the week of August 4.

David Bledsoe
bledsoelaw@earthlink.net
300 North Washington Street
Suite 700
Alexandria VA 22314
703.379.9424
703.684.1851 (fax)
NOTICE: This message (including any attachments) may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by reply email. Thank You.


   ----- Original Message -----
   From: Ira P. Rothken <mailto:ira@techfirm.net>
   To: bledsoelaw@earthlink.net
   Cc: Ira P. Rothken <mailto:ira@techfirm.net> ; McMurrer, Brendan J. <mailto:BMcMurre@Sidley.com> ; jared@techfirm.com
      Sent: 7/18/2008 5:13:12 PM
      Subject: RE: Intelsat WCF


      David,


8/13/2008

We believe we entered into a stipulation on the call, not subject to later unilateral veto, and thus we acted accordingly – but rather than have a new controversy please see below in the email thread wherein we provided to you in good faith the dates of July 31st or August 1st in Mountain View, California. Please confirm which date works for you.

Ira

_____

From: David Bledsoe [mailto:bledsoelaw@earthlink.net]
Sent: Friday, July 18, 2008 12:27 PM
To: Ira P. Rothken
Subject: RE: Intelsat WCF

There has been no such agreement reached as to postponing depositions. You were to get me new proposed dates, and I will then discuss with my client as to whether we have an agreement.

I will get back to you now that I have these dates.

David Bledsoe

bledsoelaw@earthlink.net

300 North Washington Street

Suite 700

Alexandria VA 22314

703.379.9424

703.684.1851 (fax)

NOTICE: This message (including any attachments) may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by reply email. Thank You.

----- Original Message -----

From: Ira P. Rothken <mailto:ira@techfirm.net>

To: bledsoelaw@earthlink.net

Cc: BMcMurre@Sidley.com; jared@techfirm.com; ira@techfirm.com

Sent: 7/18/2008 2:52:56 PM

Subject: Intelsat WCF

David,

As discussed this will confirm that the current dates you noticed for WCF and PMGI depositions next week will be taken off calendar to provide the time for motions to compel and protective order/quash.

Indeed, we also agreed that WCF/PMGI will file their motions for protective order/quash and/or motions to compel as the case may be by this Tuesday and that your client will respond by Friday and then we will file a reply brief shortly thereafter.

July 31st or August 1st work for depositions in California for our clients subject to any rulings on the upcoming motions for protective order/quash.

Please provide us with new dates for your client's deposition in DC.

Thanks,

Ira P. Rothken