**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTELSAT USA SALES CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WEST COAST FACILITIES INC., )<br>)<br>Defendant. ) | Civil Action No. 07-1443 (RMC) |

**NOTICE OF FILING UNDER SEAL**

Plaintiff Intelsat USA Sales Corp hereby provides notice of filing Exhibit N to its Opposition to Motions to Compel and for Protective Order under seal and in accordance with the Protective Order entered in this case.

                                              INTELSAT USA SALES CORPORATION
                                              By Counsel

_____/s/_____
David I. Bledsoe
Counsel for Plaintiff Intelsat USA Sales Corporation
Bar Number 422596
300 North Washington Street
Suite 708
Alexandria, VA  22314
703-379-9424
703-684-1851(fax)
bledsoelaw@earthlink.net

## **CERTIFICATE OF SERVICE**

I certify that on August 21, 2008, a copy of the foregoing was served by ECF upon :

Brendan J. McMurrer, Esq.
Sidley Austin LLP
1501 K Street, NW
Washington, DC 20005

Ira Rothken, Esq.
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA 94949

                                                   _____/s/_____
                                               David I. Bledsoe
                                               Counsel for Plaintiff Intelsat USA Sales
                                               Corporation
                                               Bar Number 422596
                                               300 North Washington Street
                                               Suite 708
                                               Alexandria, VA  22314
                                               703-379-9424
                                               703-684-1851(fax)
                                               bledsoelaw@earthlink.net