**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| INTELSAT USA SALES CORPORATION, )<br>)<br>Plaintiff. )<br>)<br>v. )<br>)<br>WEST COAST FACILITIES INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1443 (RMC-DAR) |

**JOINT MOTION TO VACATE SEPTEMBER 5, 2008 HEARING DATE ON
DEFENDANT'S MOTIONS AND TO CONSOLIDATE HEARINGS ON
PLAINTIFF'S AND DEFENDANT'S MOTIONS**

Plaintiff Intelsat USA Sales Corporation and Defendant West Coast Facilities Inc. (collectively, the "Parties") hereby jointly move to vacate the September 5, 2008 hearing date set for Defendant's motions and to consolidate the hearings on Plaintiff's and Defendant's pending motions for a later date as the Court's schedule permits.

On August 4, 2008, Defendant filed three motions (Dkt. Nos. 19-21) seeking relief regarding the Parties' discovery disputes. On August 5, 2008, the Court established a briefing schedule for Defendant's motions and set a hearing date of September 5, 2008. On August 18, 2008, Plaintiff filed two motions (Dkt. Nos. 25, 27) seeking relief regarding the Parties' discovery disputes. Per LCvR 7(b) and 7(d), Defendant's oppositions to Plaintiff's motions are due August 29, 2008 and Plaintiff's replies to Defendant's oppositions are due September 8, 2008. The Court has not set a hearing date on Plaintiff's motions.

Counsel for the Parties have conferred and agree that it would be proper to vacate the September 5, 2008 hearing date on Defendant's motions and to consolidate

that hearing with a hearing on Plaintiff's motions following the completion of briefing on Plaintiff's motions. In light of the common nature of the Parties' motions, consolidation of the hearings would provide the Court an opportunity to resolve the Parties' discovery disputes in a holistic manner. Further, consolidation of the hearings would avoid the unnecessary burden and expense on the Court and the Parties of two separate hearings. Accordingly, the Parties submit that good cause exists to vacate the September 5, 2008 hearing date on Defendant's motions and to consolidate the hearings on Plaintiff's and Defendant's discovery motions for a later date as the Court's schedule permits.

Respectfully submitted,

| /s/ David I. Bledsoe | /s/ Brendan J. McMurrer |
|---|---|
| David I. Bledsoe (DC Bar # 422596)<br>300 North Washington Street<br>Suite 708<br>Alexandria, Virginia 22314<br>Phone: (703) 379-9424<br>Fax: (703) 684-1851<br>Email: bledsoelaw@earthlink.net | Brendan J. McMurrer (DC Bar # 493424)<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Phone: (202) 736-8000<br>Fax: (202) 736-8711<br>Email: bmcmurrer@sidley.com<br><br>Ira P. Rothken (admitted *pro hac vice*)<br>ROTHKEN LAW FIRM LLP<br>3 Hamilton Landing, Suite 280<br>Novato, CA 94949<br>Phone: (415) 924-4250<br>Fax: (415) 924-2905<br>Email: ira@techfirm.com |
| *Attorney for Plaintiff Intelsat USA Sales Corporation* | *Attorneys for Defendant West Coast Facilities Inc.* |

Dated: August 27, 2008

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| INTELSAT USA SALES CORPORATION, ) | ) |
| Plaintiff. | ) |
| v. | ) Civil Action No. 07-1443 (RMC-DAR) |
| WEST COAST FACILITIES INC., | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties JOINT MOTION TO VACATE SEPTEMBER 5, 2008 HEARING DATE ON DEFENDANT'S MOTIONS AND TO CONSOLIDATE HEARINGS ON PLAINTIFF'S AND DEFENDANT'S MOTIONS, it is hereby this _____ day of _____, 2008 ORDERED:

(1)  The Motion Hearing set for September 5, 2008 is VACATED;

(2)  A Motion Hearing on Plaintiff's and Defendant's pending motions is set for _____, 2008.

Deborah A. Robinson
United States Magistrate Judge

The following attorneys shall be notified of this Order:

David I. Bledsoe
300 North Washington Street
Suite 708
Alexandria, VA 22314
Phone:  (703) 379-9424
Fax:      (703) 684-1851
Email:   bledsoelaw@earthlink.net

Brendan J. McMurrer
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Phone:  (202) 736-8000
Fax:      (202) 736-8711
Email:   bmcmurrer@sidley.com

Ira P. Rothken
ROTHKEN LAW FIRM LLP
3 Hamilton Landing, Suite 280
Novato, CA  94949
Phone:  (415) 924-4250
Fax:      (415) 924-2905
Email:   ira@techfirm.com